IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CRISTA E. NOEL                    )
Plaintiff                        )
                                 )
     v.                          )
                                 )     No.     1:10-cv-08188
BRUNO COLTRI                     )     The Honorable Judge JAMES B. ZAGEL
Defendant                        )
                                 )
                                 )

## MOTION TO WITHDRAW

Now comes, LARRY REDMOND, attorney for the plaintiff, CRISTA E. NOEL, and requests

this court for leave to withdraw from the case, stating as follows:

The plaintiff has very specific ideas about how this case should be prosecuted.  These ideas are

at odds with how this attorney believes this case should be prosecuted.  The plaintiff and this attorney

has discussed *via* e-mail messages the issue in question, and have agreed that withdrawal is appropriate.

(See attachments.)

The plaintiff would not be prejudiced by this withdrawal, because there is time enough for her

to find alternate representation, as the case is still in discovery.

Wherefore, LARRY REDMOND, attorney for the plaintiff, CRISTA E. NOEL, requests this

court for leave to withdraw from the case.


                                        Respectfully submitted,

                                         /s/Larry Redmond
                                        Larry Redmond
                                        11747 S. Longwood Dr.
                                        Chicago, Illinois 60643
                                        773-733-0830
                                        Lredmond3@juno.com
                                        Attorney #6192358