IN THE UNITED STATES DISCTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CRISTA E. NOEL, | ) | |
| Plaintiff, | ) | |
| v. | ) | 10-cv-08188 |
| BRUNO COLTRI, et. al. | ) | Judge Sara L. Ellis, presiding |
| Defendants | ) | |

### PLAINTIFF'S MOTION TO WITHDRAW AS ATTORNEY

NOW COMES Plaintiff, CRISTA E. NOEL, by and through her attorney BRENDAN SHILLER, of the Shiller Preyar Law Offices, with the instant motion and in support states as follows:

1. Undersigned counsel filed his appearance on this case on March 3, 2017. The appearance was filed after this case had been litigated for several years.

2. Prior to filing his appearance, counsel was familiar with Plaintiff for several years due to her activism.

3. At the request of Plaintiff, and in part with the knowledge of the court, counsel chose to file an appearance on this case for the limited purpose of writing and filing the response to (what was at the time) the anticipated summary judgment motion.

4. Counsel recognized that there were some tricky legal issues at play in this particular summary judgment, and given the amount of time and effort put in by both the parties and the court of the last several years, representing Plaintiff on this single part of the case would likely provide some efficiency to the process, and more fully protect Plaintiffs' rights.

5. As of today, June 9, 2017, Defendants' summary judgment motion has been fully briefed, and there does not appear to be any issues left for the litigants—all that remains is the Court's decision.

6. Counsel's agreement with Plaintiff was solely to brief the summary judgment on a pro bono basis. That agreement has been fulfilled.

7. If the case should go to trial, Plaintiff will try the case pro se.

8. Further, because the agreement was pro bono, if Plaintiff succeeds there are no fee issues.

9. Therefore, because counsel has fulfilled his obligations as pro bono counsel solely for the purpose of briefing summary judgment, the undersigned respectfully requests leave to withdraw from the above captioned case.

                                                                                    Respectfully submitted,

                                                                                    /s Brendan Shiller

Brendan Shiller
ShillerPreyar Law Offices
@ The Westside Justice Center
601 S. California,
Chicago IL 60612
312-226-4590
ARDC no. 6279789

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all opposing counsel via the CM/ECF email system.

s/ Brendan Shiller
ShillerPreyar Law Offices
@ The Westside Justice Center
601 S. California,
Chicago IL 60612
312-226-4590
ARDC no. 6279789