**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division**

Crista E Noel

                    Plaintiff,

v.                                         Case No.: 1:10−cv−08188
                                                    Honorable Sara L. Ellis

Bruno Coltri, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 30, 2018:

      MINUTE entry before the Honorable Young B. Kim: A status hearing is scheduled for tomorrow at 10:30 a.m. by phone. The conference call number is (877) 336−1839 and the passcode is 4333213. A copy of today's order is emailed to Plaintiff&#0;39;s new SAP Attorney, Vince Field, at vince@loevy.com. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.