IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| CRISTA E. NOEL, | ) | |
| | ) | Case No. 10 C 08188 |
| Plaintiff, | ) | |
| | ) | Hon. Young B. Kim, |
| v. | ) | Judge |
| | ) | |
| BRUNO COLTRI, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION TO BE APPOINTMENTED
FOR LIMITED PURPOSES OF SETTLEMENT**

  Plaintiff, CRISTA E. NOEL, respectfully requests that this Court appoint attorney Vince Field to represent her for the limited purpose of settlement.

  1. On January 29, 2018 Mr. Field volunteered to represent Ms. Noel for the limited purpose of settlement.

  2. The Limited Appointment of Settlement Assistance Program Counsel form is attached as Exhibit A.

  3. A signature is required by the Honorable Young B. Kim in order to move forward as Plaintiff's attorney for this limited purpose.

  WHEREFORE, Plaintiff respectfully requests that the Court sign the attached form.

               Respectfully submitted,

               s/ Vincenzo Field

## **CERTIFICATE OF SERVICE**

      I, Vincenzo Field, an attorney, certify that on January 30, 2018, I served this motion on all counsel of record via the Court's CM/ECF system.

                                      /s/ Vincenzo Field
                                      Attorney for Plaintiff