## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Crista E Noel

        Plaintiff,

v.                 Case No.: 1:10−cv−08188
                Honorable Sara L. Ellis

Bruno Coltri, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 15, 2018:

  MINUTE entry before the Honorable Sara L. Ellis: Status hearing held and continued to 9/5/2018 at 9:30 a.m. to report on settlement and clarity of representation of SAP attorney. Plaintiff advised the Court that she is still interested in settlement and is talking with SAP attorney to determine if he will continue to represent the Plaintiff. In the event the parties are unable to reach a resolution by the next status hearing, the Court will set a trial date. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.