12092/TRW, JAM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTA E. NOEL,<br><br>        Plaintiff,<br><br>vs.<br><br>BRUNO COLTRI,<br><br>        Defendant. | No. 10cv08188<br><br>Judge Sara L. Ellis |

**OFFER OF JUDGMENT**

      Defendant, Bruno Coltri, and the Village of Westchester, by counsel, pursuant to Fed.R.Civ.Proc. 68, make an offer to allow judgment to be taken by Plaintiff, Crista Noel, on the following specified terms:

      1.     Pursuant to Fed. R. Civ. Proc. 68, Bruno Coltri and the Village of Westchester hereby offer to allow Plaintiff Crista Noel to take judgment against the Village of Westchester for the total sum of $30,001.00 (Thirty Thousand and One Dollars and No Cents), exclusive of reasonable attorneys' fees, expenses and costs accrued to date, for all of Plaintiff's claims.

      2.     This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Bruno Coltri, or any official, employee, or agent, either past or present, of the Village of Westchester or any agency thereof, in connection with the facts and circumstances which are the subject of this action.

      3.     If accepted, Plaintiff further agrees to voluntarily dismiss individual Defendant Bruno Coltri pursuant to a stipulation and with prejudice, and to substitute the Village of Westchester as Defendant in Bruno Coltri's stead. The Village of Westchester fully agrees to this

substitution. If accepted, this substitution shall be made prior to the filing of Plaintiff's acceptance of this offer of judgment as a condition precedent. Should Plaintiff fail to voluntarily dismiss Bruno Coltri with prejudice prior to the filing of the acceptance of this offer and substitute the Village of Westchester in his stead, this offer of judgment shall be considered rescinded, null and void. If accepted, the Village of Westchester agrees to freely allow its substitution as a party for that of Bruno Coltri and agrees not to raise any defenses based on the statute of limitations or any other defenses of any kind whatsoever and allows to have judgment taken against it in the amount and on the terms set forth above.

4. This offer of judgment is made for the purposes specified in Fed. R. Civ. Proc. 68 and is not to be construed as an admission of liability by any Defendant, or any official, employee or agent of the Village of Westchester, or any agency thereof; nor is it an admission that Plaintiff has suffered any damages.

5. Acceptance of this offer of judgment will act to release and discharge Defendant Bruno Coltri; his successors or assigns; the Village of Westchester and all past and present officials, employees, representatives and agents of the Village of Westchester, including Bruno Coltri, or any agency thereof, from any and all claims that were or could have been alleged by Plaintiff in the above-referenced action.

6. Pursuant to Fed. R. Civ. Proc. 68, an offer of judgment not accepted within 14 days after service of the offer shall be deemed withdrawn and evidence thereof is not admissible except in a proceeding to determine costs.

Respectfully Submitted,

**Langhenry, Gillen, Lundquist & Johnson, LLC**

By:  /*Thomas R. Weiler*

Thomas R. Weiler (Atty No. 06184955)
John A. Masters (Atty No. 6299434)
LANGHENRY, GILLEN, LUNDQUIST &
JOHNSON, LLC
Attorneys for Defendant, Officer Bruno Coltri
33 North Dearborn Street - Suite 1600
Chicago, IL 60602
Tel: (312) 704-6700

## CERTIFICATE OF SERVICE

Under penalties as provided by law, the undersigned, an attorney, states that a true and correct copy of the **Offer of Judgment** was served upon the Plaintiff's attorney listed on January 9, 2019, by sending a copy of same via U.S. Mail and by email.

    By: */Thomas R. Weiler*

    Thomas R. Weiler (Atty No. 06184955)
    John A. Masters (Atty No. 6299434)
    LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC
    Attorneys for Defendant, Officer Bruno Coltri
    33 North Dearborn Street - Suite 1600
    Chicago, IL 60602
    Tel: (312) 704-6700