**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Crista A. Noel, <br><br> Plaintiff(s), <br><br> v. <br><br> Bruno Coltri, <br><br> Defendant(s). | Case No. 10-cv-8188 <br> Judge Sara L. Ellis |

### ORDER

(T 5:00)

Jury Trial Held-Ends. Verdict Reached. Jury finds for Defendant Bruno Coltri and against Plaintiff, Crista A. Noel. Civil case terminated.


Date: 12/18/2019               /s/ Sara L. Ellis
                               United States District Court Judge