IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CRISTA E. NOEL,

        Plaintiff,

vs.

BRUNO COLTRI,

        Defendant.

No. 10cv08188
Honorable Judge **SARA L. ELLIS**

## PLAINTIFF'S MOTION TO DENY DEFENSE'S LEGAL FEES

NOW COMES Plaintiff, Crista E. Noel, by herself, pro se, and moves this Honorable Court to grant her motion for Relief from a Judgment to be responsible for and pay Defense's attorney fees.

## ARGUMENTS

For the following reasons Plaintiff believes she should not be responsible for or pay Bruno Coltri's attorney fees;

1. The case was not frivolous

    a. There is still a possibility that Plaintiff could be granted a new trial and could win on appeal that other claims against Coltri were valid. Plaintiff has consistently argued that the standard of review for an illegal seizure is whether she submitted to Coltri's show of authority. It is evidenced by the fact that she not only stopped her vehicle but exited her vehicle and asked a question which Coltri never answered. It is clear now that Coltri did not answer Plaintiff's question because at the moment he seized her, he had no legal reason of his own to do so.

2. Plaintiff is *Informa pauperis*

    a. Plaintiff was determined by this Court to be *Informa pauperis* and assigned a lawyer. She does not have the means to pay these fees
    b. Some of Defense counsel's fees could have been avoided. It is Plaintiff's understanding that Defense asked for daily transcripts. It is Plaintiff's belief that those transcripts may have been available for free to Plaintiff's team since she was *Informa pauperis*

3. Plaintiff has motioned for a new trial and protected her right to appeal

a. Plaintiff has submitted a timely request for a new trial and protected her right to appeal, because the case, at this time, does not have a final determination, a decision on the fees would be premature.

4. Plaintiff has motioned this Court for a new trial based on Defense counsel's misconduct

    a. Plaintiff has made arguments that Defense counsel has mistreated her throughout these entire proceedings. Slandering her and committing libel to manipulate Judges and juries since day one. If one-tenth of Plaintiff's claims against the Defense are true, they do not deserve one dime of fees for misconduct.

## CONCLUSION

For the foregoing reasons Plaintiff believes that she has established, and should be granted, her motion to deny Defense's attorney fees.

DATED: January 20, 2020

Respectfully submitted,

Plaintiff - Appellant Crista E. Noel

By_____
Pro Se by Crista E. Noel

219F. Dodge Avenue
Evanston, Illinois 60202

IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRISTA E. NOEL | ) | |
| Plaintiff-Appellant | ) | |
| | ) | |
| v. | ) | |
| | ) | No.   1:10-cv-08188 |
| BRUNO COLTRI | ) | The Honorable Judge SARA J. ELLIS |
| Defendant - Appellee | ) | |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is the attorney for Plaintiff and that she served a copy of the foregoing on all counsel of record by causing the same to be delivered before the hour of 5:00 p.m. by electronic submission and USPS on January 20, 2020 to the following address:

Thomas R. Weiler (Atty No. 06184955)
John A. Masters (Atty No. 6299434)
LANGHENRY, GILLEN, LUNDQUIST & JOHNSON, LLC
Attorneys for Defendants, the Village of Westchester and Officer Bruno Coltri
33 North Dearborn Street – Suite 1650
Chicago, IL 60602
Tel: (312) 704-6700

By_____
Crista E. Noel
Pro Se
219F Dodge Avenue
Evanston, IL 60202-3668
January 20, 2020

3