**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Crista E Noel

                        Plaintiff,

v.                                             Case No.: 1:10−cv−08188
                                                      Honorable Sara L. Ellis

Bruno Coltri, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 2, 2020:

      MINUTE entry before the Honorable Sara L. Ellis: The Court denies Plaintiff's motion to correct or modify the record pursuant to FRAP 10(c) [364]. Plaintiff has not filed an appeal nor has she identified what the Court should correct in the record. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.